7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Robert Lee Clark and Joyce Louise Clark
*Debtor*

*Bankruptcy Case No.*
10–30675–jwv7

**Norman Rouse**
   Plaintiff(s)

*Adversary Case No.*
12–03011–jwv

v.

**LaLonna D Clark**
   Defendant(s)

# JUDGMENT

        The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment be entered against the Defendant, Lalonna Clark, and that Lalonna Clark turn over to the Bankruptcy Trustee titles to the 2003 boat trailer, VIN: 4TM11BE193B001976; 2003 Mercury motor, VIN: OT731462; and 2003 Tracker bass boat, VIN: BUJ28232A303
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant turn over to the Trustee possession of the 2003 boat trailer, VIN: 4TM11BE193B001976; 2003 Mercury motor, VIN: OT731462; and 2003 Tracker bass boat, VIN: BUJ28232A303

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
       Deputy Clerk



Date of issuance: 6/11/12

Court to serve